**DISMISSED and Opinion Filed November 12, 2024**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00797-CV

### IN RE EMILY EADS KNIPPA, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-13209**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court are relator's July 3, 2024 petition for writ of mandamus and November 4, 2024 unopposed motion to dismiss. In her petition, relator challenges an associate judge's June 25, 2024 Order Granting Respondent's Motion for Interim Attorneys' Fees. In her motion to dismiss, relator explains that, after a de novo hearing, the trial court denied the motion for interim attorney's fees, rendering this proceeding moot.

We grant the motion and dismiss this original proceeding. We also lift the stay issued by this Court's July 5, 2024 Order.

240797f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE